UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22449-CIV-WILLIAMS

ALEXANDER ORTIZ,

    Petitioner,

vs.

WILLIAM BARR, *et al.*,

    Respondents.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendations (DE 9) ("Report") regarding Plaintiff's pro se Petition for Writ of Habeas Corpus (DE 1). Petitioner did not file objections to the Report, and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 9) are **AFFIRMED AND ADOPTED**. The Petition for Writ of Habeas Corpus (DE 1) is **DENIED WITHOUT PREJUDICE.** The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of January, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC: Alexander Ortiz
A#213543058
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194
PRO SE

Alexander Ortiz
A#213543058
JACKSON PARISH CORRECTIONAL CENTER
327 INDUSTRIAL DRIVE
JONESBORO, LA 71251
PRO SE